1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  WHITTIER BUCHANAN,            )        1:06-CV-01532-OWW-DLB-P
                                  )
12                                )        ORDER TO SUBMIT APPLICATION TO
              Plaintiff,          )        PROCEED IN FORMA PAUPERIS
13                                )        **OR** FILING FEE
        vs.                       )
14                                )
    OFFICER W. W. WILLIAMS,       )
15  et al.,                       )
                                  )
16            Defendants.         )
                                  )
17  _____   )

18          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42

19  U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed

20  in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS

21  HEREBY ORDERED that:

22          1.  The Clerk's Office shall send to plaintiff the form for application to proceed in

23  forma pauperis.

24          2.  Within thirty days of the date of service of this order, plaintiff shall submit a

25

1

completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **November 30, 2006**          _____ **/s/ Dennis L. Beck** _____
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE

2