IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WHITTIER BUCHANAN, | ) | 1:06-CV-01532-OWW-DLB-P |
| | ) | |
| Plaintiff, | ) | SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |
| vs. | ) | |
| OFFICER W. W. WILLIAMS, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action. On December 8, 2006, plaintiff submitted an outdated application to proceed in forma pauperis that he previously filed at the Northern District of California. Plaintiff shall be granted another opportunity to submit the application or pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee

for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

 IT IS SO ORDERED.

 **Dated:**  **January 31, 2007**      **/s/ Dennis L. Beck**
3c0hj8               UNITED STATES MAGISTRATE JUDGE