# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WHITTIER BUCHANAN,                          CASE NO. 1:06-cv-1532-LJO -DLB PC

          Plaintiff,             ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS, AND DISMISSING
   v.                                   ACTION FOR FAILURE TO STATE A
                                            COGNIZABLE CLAIM FOR RELIEF
W.W. WILLIAMS, et al.,

          Defendants.
_____/

Plaintiff Whittier Buchanan ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 26, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on September 5, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed August 26, 2008, is adopted in full; and

2.    This action is dismissed in its entirety for plaintiff's failure to state a claim upon which relief may be granted. IT IS SO ORDERED.

**Dated:   October 23, 2008**          _____/s/ Lawrence J. O'Neill_____
                                       UNITED STATES DISTRICT JUDGE

1